UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X
MYLES BEAULIEU BY MICHELL
BEAULIEU "AS PARENT OF A MINOR
UNDER THE AGE OF 16"                    MEMORANDUM AND ORDER

     Plaintiff,                         Civil Action No.
                                        CV-08-1198(DGT)(RER)
  -against-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT, ET. AL.

     Defendant.

---------------------------------X

Trager, J:

    Upon a motion dated February 3, 2009 from plaintiff's counsel: (1) leave will be granted to settle the causes of action of the infant in this action; (2) payment is authorized to plaintiff's counsel for the infant from the amount recovered on behalf of the infant and (3) distribution of the balance of the proceeds of the recovery or settlement is authorized.

Dated: Brooklyn, New York
       February 6, 2009

                                   SO ORDERED:

                                   s/ DGT
                                   _____
                                   David G. Trager
                                   United States District Judge